**No. 46874.**—Protest 889368–G of H. W. Peabody & Co. (San Francisco).

452

Opinion by Tilson. J.   In accordance with stipulation of counsel and based upon an average yarn count of 12, and other statutory requirements, merchandise described on the invoice as "15 pieces white" was held dutiable at the appropriate rate under said paragraph 904 (b), plus 5 percent under paragraph 905; and merchandise described as "10 pieces natural" was held dutiable at the appropriate rate under paragraph 904 (a), plus 5 percent under paragraph 905, as claimed.